## Commonwealth *v.* Jackson, Appellant.

Argued December 9, 1969. *John G. McDougall,* Assistant Public Defender, for appellant; *Ralph B. D'Iorio,* Assistant District Attorney, with him *Vram Nedurian, Jr.,* Assistant District Attorney, *William R. Toal,* First Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.